**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| AURELIANO PALOMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-20-CA-102-FB |
| | ) | |
| FLOWERS BAKING COMPANY | ) | |
| OF SAN ANTONIO, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket no. 27) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant Flowers Baking Company of San Antonio, LLC's Motion for Summary Judgment (docket no. 19) is GRANTED.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE